**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eduardo** | **Edwin** | **Guerrero** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | 8:18-bk-07373-CPM | | |
| (if known) | | | |

■ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7   12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors,
    whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list
    on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must
    sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
    write your name and case number (if known).

**Part 1:   List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Achieva Credit Union**<br><br>Description of property securing debt: **2018 Jeep Cherokee 8506 miles Vin No.:** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Comenity Bank /Zales**<br><br>Description of property securing debt: **2 watches (one for Debtor and one for wife)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Countryside Northridge HOA**<br><br>Description of property: **2705 Brattle Lane Clearwater, FL 33761  Pinellas County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Eduardo Edwin Guerrero**                                    Case number *(if known)*    **8:18-bk-07373-CPM**

| | | |
|---|---|---|
| property securing debt: | **Ownership...**Joint Tenants with the Right of Survivorship with Aunt**** | ☐ Retain the property and [explain]: |

| | | |
|---|---|---|
| Creditor's name: | **Specialized Loan Servicing** | ☐ Surrender the property.    ☐ No |
| | | ☐ Retain the property and redeem it. |
| Description of property securing debt: | **2705 Brattle Lane Clearwater, FL 33761  Pinellas County Ownership...**Joint Tenants with the Right of Survivorship with Aunt**** | ■ Retain the property and enter into a *Reaffirmation Agreement.*    ■ Yes |
| | | ☐ Retain the property and [explain]: |

| | | |
|---|---|---|
| Creditor's name: | **Synchrony Bank/Rooms Two Go** | ☐ Surrender the property.    ☐ No |
| | | ☐ Retain the property and redeem it. |
| Description of property securing debt: | **Sofa and Loveseat** | ■ Retain the property and enter into a *Reaffirmation Agreement.*    ■ Yes |
| | | ☐ Retain the property and [explain]: |

| | | |
|---|---|---|
| Creditor's name: | **Wells Fargo SML Bus. Lending** | ■ Surrender the property.    ☐ No |
| | | ☐ Retain the property and redeem it. |
| Description of property securing debt: | **E.G. Services of Tampa Bay Inc.**    **Assets of business: 1) Wells Fargo Checking account $15.26 2) Compressor 3) Spray Guns 4) Handtools**    **This business has closed as of December 2018..Dissolution went through in January 2019 100 % owne** | ■ Retain the property and enter into a *Reaffirmation Agreement.*    ■ Yes |
| | | ☐ Retain the property and [explain]: |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No |
| | ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No |
| | ☐ Yes |
| Lessor's name: | ☐ No |

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**                page 2

| Debtor 1 | **Eduardo Edwin Guerrero** | Case number *(if known)* | **8:18-bk-07373-CPM** |

Description of leased
Property:                                                                      ☐ Yes

Lessor's name:
Description of leased                                                   ☐ No
Property:
                                                                                    ☐ Yes

Lessor's name:                                                          ☐ No
Description of leased
Property:                                                                      ☐ Yes

Lessor's name:                                                          ☐ No
Description of leased
Property:                                                                      ☐ Yes

Lessor's name:                                                          ☐ No
Description of leased
Property:                                                                      ☐ Yes

---

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Eduardo Edwin Guerrero**                           X
   **Eduardo Edwin Guerrero**                                      Signature of Debtor 2
   Signature of Debtor 1

   Date    **February 17, 2020**                              Date

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy