# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:
Eduardo Edwin Guerrero                     Case No.: 8:18-bk-07373-CPM
      Debtors                              Chapter 7

_____/

## DEBTORS' RESPONSE IN OPPOSITION TO MOTION FOR RELIEF FROM STAY FILED BY SPECIALIZED LOAN SERVICING LLC REGARDING REAL PROPERTY (Dkt No.: 51)

**COME NOW** the Debtor, **Eduardo Edwin Gurerrero**, by and through his undersigned attorney, and file this, the *Debtor's Response in Opposition to Motion for Relief from Stay Filed by Specialized Loan Servicing LLC Regarding Real Property (Dkt No.: 51)* ("Response") and state as follows:

1. This case was instituted by the filing of a Voluntary Petition under Chapter 13 of the Bankruptcy Code on August 31, 2018.

2. On August 31, 2018, Debtor filed a Proposed Chapter 13 Plan to pay Specialized Loan Servicing LLC ("Creditor") direct for the indebtedness on Real Property located at 2705 Brattle Lane, Clearwater, FL 33761 ("Real Property").

3. On October 30, 2018, Wells Fargo Bank, N.A. filed a Proof of Claim No.: 9-1 with this court and showed an arrearage amount for the Projected Escrow Shortage in the amount of $1,934.40. Debtor was not delinquent with his ongoing monthly mortgage payment.

4. On August 31, 2019, A Transfer of Claim Other than for Security was filed from Wells Fargo Bank, N.A. to Creditor (Dkt No.: 35).

5. On October 31, 2019, Creditor filed a Notice of Mortgage Payment change that substantially increased Debtor's mortgage payment from $1,695.46 to $1,827.90 due to an Escrow Shortage beginning with December 1, 2020 mortgage payment.

6. During Debtor's Chapter 13 case, Creditor did not object to Debtor's Proposed Chapter 13 Plan due to Adequate Protection, or "Collateral was diminishing and decreasing in value and continues to do so by virtue of the continued use of the Collateral by the Debtor without payments to Creditor."

7. On January 21, 2020, Debtor filed a Motion to Convert his Chapter 13 case to a Chapter 7 case (Dkt No. 47).

8. On January 22, 2020, this Court issued an Order and Notice Converting Case to Chapter 7 (Dkt No. 48).

9. On February 4, 2020 Creditor filed a Motion for Relief from Stay filed by Specialized Loan Servicing LLC regarding Real Property (Dkt No.: 51) stating Debtor was delinquent with his ongoing mortgage payment from December 1, 2019 through the date of the filed motion on February 4, 2020.

10. Debtor disputes that he was three (3) months delinquent with his mortgage payment when Creditor filed their *Motion for Relief from Stay Filed by Specialized Loan Servicing LLC Regarding Real Property*. Debtor has made the following payments to the Creditor for his ongoing mortgage payment:

> a) December 10, 2019 payment $1,749.54;
> b) December 26, 2019 payment $1,537.80
> c) January 31, 2020 payment $1,827.90;
> d) February 12, 2020 payment $1,827.90 hereto attached as Exhibit "1."

11. On February 17, 2020, Debtor contacted Creditor and Creditor's representative Rebecca (ID 27121) stated, "Debtor was not delinquent with his mortgage."

12. On February 18, 2020, Debtor filed an Amended Statement of Intentions (Dkt No. 58) to retain his exempt homestead property.

13. On February 18, 2020, Debtor filed an Amended Scheduled A/B and Scheduled D that reflects substantial equity in the Real Property (Dkt No. 56). Further, the Real Property is not diminishing in value due Creditor is and has been receiving Adequate Protection Payment since the filing of the Chapter 13 Case and conversion of Debtor's Bankruptcy case.

14. Based on the foregoing, Debtor would request that this Court deny Creditor's Motion for Relief from Stay filed by Creditor regarding Real Property.

15. Debtor's attorney request that this Court award attorney fees and cost for having to respond to a meritless motion and for further relief that is just.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing *Debtors' Response in Opposition to Motion for Relief from Stay filed by Specialized Loan Servicing LLC regarding Real Property* has been furnished by U.S. Mail or electronic filing notice to **Traci Stevenson,** Trustee; **Eduardo Edwin Guerrero,** Debtors; **Specialized Loan Servicing, LLC**, 8724 Lucent Blvd #300, Highlands Ranch, CO. 80129, **Specialized Loan Servicing, LLC c/o Kass Shuler, P.A., c/o Nicole M. Noel, Esq.,** P.O. Box 800, Tampa, FL. 33601 on this 20th day of February, 2020.

    Respectfully Submitted,

    /s/ *Maria D. Boudreaux, Esq*
    Maria D. Boudreaux, F.B.N. 1008371
    LeavenLaw
    3900 First Street North
    St. Petersburg, FL 33703
    (727) 327-3328; (727) 327-3305
    data@leavenlaw.com